UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0037--CR (RRB)
"USA V CHRISTOPHER W. CLARK ET AL"
DEF 1.1 CLARK, CHRISTOPHER W.

Including terminated defendants, excluding terminated counsel

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
Filed: 03/18/04
Closed: 02/22/05
No. of Defendants: 2
MJ Case Number:
AKA:
Location status: U.S. Custody
Trial date:
Terminated: YES
Needs interpreter: NO
Counsel of record: William P. Bryson
1015 W. 7th Avenue
Anchorage, AK 99501
907-276-8611
FAX 907-258-1516
Serve: YES
Type: Retained
Role: Pretrial/Trial

PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
U.S. Attorney's Office
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567
907-271-5071
Serve: YES
Type: Not specified
Role: Pretrial/Trial

Counts re: DEF 1.1 CLARK, CHRISTOPHER W.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:471 COUNTERFEITING OBLIGATIONS OF THE UNITED STATES (F) | Terminated |
| 1 - 1 IND | 2 | 18:472 POSSESSION OF COUNTERFEIT OBLIGATIONS OF THE UNITED STATES (F) | Terminated |
| 11 - 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (69-1) |
| 11 - 1 | 2-S | 18:471 COUNTERFEITING OBLIGATIONS OF THE UNITED STATES (F) | Sentenced (69-1) |
| 11 - 1 | 4-S | 18:472 POSSESSION OF COUNTERFEIT OBLIGATIONS OF THE UNITED STATES (F) | Sentenced (69-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0037--CR (RRB)
"USA V CHRISTOPHER W. CLARK ET AL"
DEF 2.1 JEWETT, MAX RAYMOND

Including terminated defendants, excluding terminated counsel

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
Filed: 03/18/04
Closed: 02/22/05
No. of Defendants: 2
MJ Case Number:
AKA:
Location status: U.S. Custody
Trial date:
Terminated: YES
Needs interpreter: NO
Counsel of record: Sue Ellen Tatter
Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501
907-646-3400
FAX 907-646-3480
Serve: YES
Type: FPD
Role: Pretrial/Trial

PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
U.S. Attorney's Office
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567
907-271-5071
Serve: YES
Type: Not specified
Role: Pretrial/Trial

Counts re: DEF 2.1 JEWETT, MAX RAYMOND

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 11 - 1 | 1-S | 18:371 CONSPIRACY (F) | Sentenced (83-1) |
| 11 - 1 | 2-S | 18:471 COUNTERFEITING OBLIGATIONS OF THE UNITED STATES (F) | Sentenced (83-1) |
| 11 - 1 | 3-S | 18:472 PASSING COUNTERFEIT OBLIGATIONS OF THE UNITED STATES (F) | Sentenced (83-1) |
| 11 - 1 | 4-S | 18:472 POSSESSION OF COUNTERFEIT OBLIGATIONS OF THE UNITED STATES (F) | Sentenced (83-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0037--CR (RRB)
"USA V CHRISTOPHER W. CLARK ET AL"

For all filing dates

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
Filed: 03/18/04
Closed: 02/22/05
No. of Defendants: 2

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/18/04 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 03/18/04 | [Re: DEF 1] JDR Grand Jury Minutes summons to issue, set for ARR and notify USM. |
| NOTE - 1 | 03/31/04 | Issued: Summons. |
| 3 - 1 | 03/31/04 | [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 5/12/04. cc: USA, USM, PO, Def (by USM) |
| NOTE - 2 | 04/05/04 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to chambers. |
| 4 - 1 | 04/07/04 | USM Return of svc on summons re: DEF 1 executed on 4/5/04. |
| 5 - 1 | 05/12/04 | [Re: DEF 1] Attorney Appearance of Wm. Bryson. |
| 6 - 1 | 05/13/04 | [Re: DEF 1] AHB Order regarding preparation for trial; disc conference 5/17/04; ptms due 5/26/04. cc: USA, Wm. Bryson |
| 7 - 1 | 05/13/04 | [Re: DEF 1] Appearance bond. |
| 8 - 1 | 05/13/04 | [Re: DEF 1] Order setting conditions of release. cc: USA, Wm. Bryson, USM, :PO |
| 9 - 1 | 05/13/04 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of arr on Indt (held 5/12/04); def plead not guilty; bond set $5,000 unsecured; appearance bond FILED; ptms due 5/26/04; order re: preparation for trial FILED; entry of appearance by Wm. Bryson FILED. cc: USA, Wm. Bryson, USM, PO, Judge Beistline |
| 10 - 1 | 05/13/04 | [Re: DEF 1] RRB Minute Order setting trial by jury for 6/28/04, at 8:30 a.m. and FPTC for 6/18/04, at 8:30 a.m. in Courtroom #3. cc: C. Randell, W. Bryson, USM, USPO, MJ Branson, jury clerk |
| NOTE - 3 | 05/20/04 | [Re: DEF 2] Issued WOA. |
| 11 - 1 | 05/20/04 | [Re: DEF 1-2] PLF 1 Superseding indictment. |
| 12 - 1 | 05/20/04 | [Re: DEF 1] JDR Grand Jury Minutes. on pretrial release, set for ARR and notify USM. |
| 13 - 1 | 05/20/04 | [Re: DEF 2] JDR Grand Jury Minutes. WOA, Bail: Detention. |
| 13A- 1 | 05/20/04 | [Re: DEF 1] PLF 1 Certification of discovery conf. |
| 14 - 1 | 05/21/04 | [Re: DEF 1] AHB Minute Order that arr is set 5/24/04 at 2:00 p.m. cc: USA, Wm. Bryson, USM, PO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0037--CR (RRB)
"USA V CHRISTOPHER W. CLARK ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 05/25/04 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on SIndt hld 5/24/04; W. Bryson retained; def pled not guilty; PTM's due 6/4/04; cnsl advised of trial date 6/28; crt resreved 6/10/04 at 9:00 for any necessary hrgs' bail cond's to remain as prev set. cc: USA, B. Bryson, USM, USPO, Judge Beistline |
| 16 - 1 | 05/25/04 | [Re: DEF 1] AHB Amended Order regarding preparation for trial re cnsl to meet & confer 5/24/04; PTM's due 6/4/04. cc: USA, B. Bryson |
| 17 - 1 | 06/09/04 | [Re: DEF 1] AHB Minute Order that ptms expired and none pending; 6/10/04 evid hrg is VACATED. cc: USA, Wm. Bryson, USM, PO |
| 18 - 1 | 06/14/04 | [Re: DEF 1] PLF 1 motion for arrest warrant. |
| NOTE - 4 | 06/15/04 | [Re: DEF 1] Issued WOA. |
| 19 - 1 | 06/15/04 | [Re: DEF 1] AHB Order granting motion for arrest warrant (18-1). cc: USA, USM |
| NOTE - 5 | 06/17/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/17/04. |
| 20 - 1 | 06/17/04 | [Re: DEF 1] Return of WOA executed at Anchorage, AK on 6/17/04. |
| 21 - 1 | 06/18/04 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] FPTC set 6/18/04. Oral mot for continuance granted. Court found excludable delay under section 3161 (h)(6) & (h)(8)(A)(B). Continued FPTC/possible PCOP hearing set for 7/8/04 at 1:15 p.m. TBJ set 6/28/04 is VACATED. cc: AUSA, W. Bryson, USM, USPO, MJ Branson |
| 22 - 1 | 06/18/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re I/A on WOA hld 6/17/04; hrg on violation of pretrial release cond's set for 6/21/04 at 4:00 p.m. cc: USA, B. Bryson, USM, USPO |
| 23 - 1 | 06/18/04 | [Re: DEF 1] AHB Order of Detention Pending Hearing set for 6/21/04 at 4:00 p.m. cc: USA, W. Bryson, USM, USPO |
| 24 - 1 | 06/22/04 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re hrg on violation of cond's of pretrial release hld 6/21/04; def's oral mot to cont hrg granted; bail review hrg set for 6/25/04 at 10:30 a.m. cc: USA, B. Bryson, USM, USPO |
| 25 - 1 | 06/25/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Bail Review hrg hld 6/25/04; def detained. w/att exh & witness list. cc: USA, B. Bryson, USM, USPO |
| 26 - 1 | 06/25/04 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, W. Bryson, USM, USPO |
| NOTE - 6 | 07/01/04 | Notation: Proposed trial date setting for arraignment andnotice of speedy trial act deadlines forwarded to chambers. |
| NOTE - 7 | 07/01/04 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 06/30/04. |
| 27 - 1 | 07/01/04 | [Re: DEF 2] Return of WOA executed at Anchorage, AK on 6/30/04. |
| 28 - 1 | 07/06/04 | [Re: DEF 2] Financial Affidavit. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0037--CR (RRB)
"USA V CHRISTOPHER W. CLARK ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 07/06/04 | [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 7/16/04 w/oppos due 7/23/04. cc: USA, FPD, USM, PO |
| 30 - 1 | 07/06/04 | [Re: DEF 2] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, PO |
| 31 - 1 | 07/06/04 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of arr on SIndt (held 7/2/04); FPD appointed; fin aff FILED; def plead not guilty; def detained; ptms due 7/16/04 w/oppos due 7/23/04; order re: preparation for trial, order of det pending trial FILED. cc: USA, FPD, USM, PO, Judge Beistline |
| 32 - 1 | 07/06/04 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 33 - 1 | 07/08/04 | [Re: DEF 2] RRB Minute Order setting trial by jury for 8/16/04 at 8:30 a.m. and FPTC for 8/10/04 at 8:15 a.m. cc: AUSA, S. Tatter, USM, USPO, MJ Branson, jury clerk |
| 34 - 1 | 07/08/04 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] re cont FPTC hld 7/8/04; PCOP hrg set for 7/23/04 at 1:30 p.m. cc: USA, W. Bryson, USM, USPO, MJ Branson |
| 35 - 1 | 07/13/04 | DEF 2 Attorney Appearance of S. Tatter (FPD). |
| 36 - 1 | 07/15/04 | DEF 2 motion on shortened time for bail review hearing. |
| 37 - 1 | 07/16/04 | [Re: DEF 2] AHB Minute Order granting motion on shortened time for bail review hearing (36-1); bail rvw hrg set 3:00 p.m., 7/16/04. cc: USA, FPD, USM, PO |
| 38 - 1 | 07/16/04 | DEF 2 motion on shortened time for pretrial motion extension w/att aff. |
| 39 - 1 | 07/20/04 | [Re: DEF 2] AHB Court Minutes [ECR: Linda Christensen] re bail hearing (held 7/16/04); hrg continued to 7/28/04 at 9:30 am. cc: USA, FPD, USPO, USM |
| 40 - 1 | 07/20/04 | [Re: DEF 2] AHB Minute Order granting motion on shortened time for pretrial motion extension (38-1) |
| 41 - 1 | 07/22/04 | DEF 2 motion for order to compel production. |
| 41 - 2 | 07/22/04 | DEF 2 motion for shortened time consideration re: 41-1./ |
| 42 - 1 | 07/22/04 | DEF 2 Unopposed motion on shortened time to continue trial w/aff. |
| 43 - 1 | 07/22/04 | DEF 2 Unopposed motion on shortened time to extend for pretrial motions w/att aff. |
| 44 - 1 | 07/23/04 | [Re: DEF 2] RRB Order granting unopposed motion on shortened time to continue trial w/att aff (42-1). A trial rescheduling conf is set for 8/6/04 at 9:30 a.m. cc: AUSA, W. Bryson, FPD, USM, USPO, Mj Branson |
| 45 - 1 | 07/26/04 | [Re: DEF 2] AHB Minute Order granting motion for shortened time consideration re: 41-1 (41-2); oppo to mot to compel due 2:00 p.m. cc: USA, FPD |
| 46 - 1 | 07/26/04 | [Re: DEF 2] AHB Minute Order granting Unopposed motion on shortened time to extend for pretrial motions (43-1); ptms due 3:00 p.m., 8/2/04 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0037--CR (RRB)
"USA V CHRISTOPHER W. CLARK ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | w/hand/fax svc; oppos due 3:00 p.m., 8/9/04; any hrg evid/otherwise set 9:00 a.m., 8/11/04; evid hrg set 7/28/04 is vacated; bail rvw hrg set 7/28/04 at 9:30 a.m. remains set. cc: USA, FPD, USM, PO |
| 47 - 1 | 07/27/04 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] PCOP held 7/23/04. Def changed plea to guilty on cnts 1,2 & 4 ofthe SI. Court acepted plea. Def referred to PO for presentence report. IOS set for 10/5/04 at 1:15 p.m. before Judge Beistline. Def detained pending IOS. cc: AUSA, W. Bryson, USM, USPO |
| 48 - 1 | 07/27/04 | DEF 2 Notice of mootness re: DEF 2 motion for order to compel production. (41-1) |
| 49 - 1 | 07/28/04 | [Re: DEF 2] CY of AHB Order of Release (original to USM by ECRO). cc: USA, FPD, USM, PO |
| 50 - 1 | 07/28/04 | [Re: DEF 2] Order setting conditions of release. cc: USA, FPD, USM, PO |
| 51 - 1 | 07/28/04 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of cont bail rvw hrg (held 7/28/04); oral mot to release def GRANTED; order setting conds of rls FILED; rls order SIGNED. cc: USA, FPD, USM, PO |
| 52 - 1 | 07/29/04 | DEF 2 unopposed motion for scheduling and planning conference. |
| 53 - 1 | 07/30/04 | [Re: DEF 2] AHB Minute Order terminating in light of this order: motion for order to compel production (41-1). cc: USA, FPD |
| 54 - 1 | 08/02/04 | [Re: DEF 2] RRB Order granting unopposed motion for scheduling and planning conference (52-1). S&P conf set 8/6/04 at 9:30 a.m. cc: AUSA, FPD, USM, UPSO, MJ Branson |
| 55 - 1 | 08/09/04 | [Re: DEF 2] RRB Court Minutes [ECR: Caroline Edmiston] Trial rescheduling conference held 8/6/04. Court found excludable delay under section 3161 (h)(8)(B)(i). FPTC set 8/10/04 and TBJ set 8/16/40 are vacated. FPTC reset for 10/13/04 at 8:30 a.m and TBJ set for 10/18/04 at 8:30 a.m. Def conditions of release remain as previoulsy set. cc: AUSA, FPD, USM, USPO, MJ Branson, JC |
| 56 - 1 | 08/09/04 | [Re: DEF 2] RRB Order of excludable delay under section 3161 (h)(8)(B(i). |
| 57 - 1 | 08/10/04 | [Re: DEF 2] AHB Minute Order re no mot's have been fld, the 8/11/04 hrg date is VACATED. cc: USA, FPD, USM, USPO |
| 58 - 1 | 08/31/04 | [Re: DEF 2] PLF 1 motion for arrest warrant. |
| NOTE - 8 | 09/01/04 | [Re: DEF 2] Issued WOA. |
| 59 - 1 | 09/01/04 | [Re: DEF 2] AHB Order granting motion for arrest warrant (58-1). cc: USA, USM |
| NOTE - 9 | 09/28/04 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 9/27/04. |
| 60 - 1 | 09/28/04 | [Re: DEF 2] AHB Court Minutes [ECR: Linda Christensen] of Ini App on viol of pretrial rls; def remanded to custody of USM; order of det pending trial FILED. cc: USA, FPD, USM, USPO, Judge Beistline |
| 61 - 1 | 09/28/04 | [Re: DEF 2] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, PO |

| Document # | Filed | Docket text |
|---|---|---|
| 62 - 1 | 09/28/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 63 - 1 | 09/29/04 | DEF 2 Notice of Intent to change plea. |
| 64 - 1 | 10/01/04 | [Re: DEF 2] RRB Minute Order pcop is set for 10/5/04 at 10:00 a.m. in Courtroom #3. cc: AUSA, FPD, USM, USPO |
| 65 - 1 | 10/01/04 | [Re: DEF 2] Return of WOA executed on 9/27/04. |
| 66 - 1 | 10/05/04 | DEF 1 Sentencing Memorandum. |
| 67 - 1 | 10/05/04 | [Re: DEF 2] RRB Court Minutes [ECR: Robin Carter/Linda Christensen] of PCOP (held 10/05/04); pled guilty to Cts 1-4 of SI; IOS at 12/20/04 @ 1:30 pm; 10/13/04 FPTC vacated; 10/18/04 TBJ vacated; def detained. cc: USA, FPD, USM, USPO, JC, MJ BRANSON |
| 68 - 1 | 10/05/04 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re: IOS held 10/5/04; sentence imposed as stated in the judgment. cc: USA, W. Bryson, USM, USPO |
| 69 - 1 | 10/06/04 | [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1S, 2S, 4S of document (11-1); sentenced 18 mos imprisonment, 3 yrs SR; $100.00 SA. cc: USA, Wm. Bryson, USM, PO, Finance, FLU, MJ Branson, Def (by cnsl |
| 70 - 1 | 11/08/04 | DEF 2 Unopposed motion to continue sentencing. |
| 71 - 1 | 11/09/04 | [Re: DEF 2] RRB Order granting unopposed motion to continue sentencing (70-1. IOS set 12/20/04 is continue to 1/6/05 at 8:30 a.m. cc: AUSA, FPD, USM, USPO |
| 72 - 1 | 11/23/04 | [Re: DEF 1]Partial Transcript re Imposition of Sentence (held 10/5/04). |
| 73 - 1 | 12/30/04 | DEF 2 Sentencing Memorandum w/att exh. |
| 74 - 1 | 01/03/05 | [Re: DEF 2] PLF 1 motion to accept late filed motion to continue sentencing on shortened time w/att unopposed motion to continue sentencing on shortened time. |
| 75 - 1 | 01/03/05 | [Re: DEF 2] RRB Order granting motion to accept late filed motion to continue sentencing on shortened time (74-1). cc; AUSA, FPD, USM, USPO |
| 76 - 1 | 01/03/05 | [Re: DEF 2] PLF 1 Unopposed motion on shortened time to continue sentencing. |
| 77 - 1 | 01/03/05 | [Re: DEF 2] RRB Order granting Unopposed motion on shortened time to continue sentencing (76-1). IOS shall be resecheduled at the 1/6/05 hearing presently set. |
| 78 - 1 | 01/05/05 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] Rescheduling hrg re IOS held 1/6/05. Unopposed mot on shortened time to continue IOS is granted. IOS set 1/6/05 is vacated and reset for 2/18/05 at 10:00 a.m. Def detention is continued. cc: AUSA, FPD, USM, USPO |
| 79 - 1 | 01/20/05 | USM Return of svc on judgment re: DEF 1 executed on 11/03/04 to FDC-SEATAC at SeaTac, WA. |

| Document # | Filed | Docket text |
|---|---|---|
| 80 - 1 | 02/14/05 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 81 - 1 | 02/17/05 | DEF 2 Notice of filing letters on shortened time. |
| 82 - 1 | 02/22/05 | [Re: DEF 2] RRB Court Minutes [ECR: Caroline Edmiston] IOS held 2/18/05. Def sentenced as stated in the jmt. Def remanded to the custody of the USM. Def advised of appeal rights. Def's oral mot to be placed at a facility located nearest Ak & to attend a boot camp if available Granted. |
| 83 - 1 | 02/22/05 | [Re: DEF 2] RRB Judgment pleaded guilty to count(s) 1S,2S,3S,4S of document (11-1). Imprisonment for a term of 18 months to run concurrently w/recommendations. Def is remanded to the custody of the USM. SR 3 years w/standard & special conditions. SA $400.00, Restitution $100.00. cc: AUSA, FPD, USM, USPO, Def w/cnsl cy, Finance, FLU |
| 84 - 1 | 03/03/05 | [Re: DEF 2] Partial Transcript of Imposition of Sentence (held 03/03/05). |
| 85 - 1 | 07/15/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 10 | 07/19/05 | Issued: writ of execution re: DEF 2 on PFD. |
| 86 - 1 | 10/24/05 | [Re: DEF 1] RRB Order granting request for modification of conditions of SR. cc: USPO |