Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER CLARK,<br><br>　　　　　Defendant. | NO. 3:04-cr-0037-RRB<br><br>**NOTICE OF TERMINATION OF SERVICE** |

　　　　Sue Ellen Tatter, Assistant Federal Defender, hereby notifies the Court that she is no longer an active participant in <u>United States v. Christopher Clark</u>, Case No.3:04-cr-0037-RRB and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

　　　　DATED this 5th day of October 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on October 5, 2006,
a copy of ***Notice of Termination
of Service*** was served electronically
on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Michael Dieni
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501


<u>s/Sue Ellen Tatter          </u>