

**United States Department of Justice**
United States Marshals Service
District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:         **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | JEWETT, MAY RAYMOND |
| DATE OF BIRTH: | 10/12/1976 |
| CHARGE: | PROBATION VIOLATION |
| CASE NUMBER: | 3:04-CR-O37-02(RRB) |
| PLACE HELD: | ACC-W |
| DATE OF ARREST: | 1/30/2007 |
| TIME OF ARREST: | 1354HRS |
| PLACE ARRESTED: | ANCHORAGE, AK |
| ARRESTED BY: | USM |

REMARKS: SOA IS FINISHED WITH DEFEDANT AS OF 1/30/07, AND THE USMS HAS TAKEN CUSTODY OF HIM OFF DETAINER FILED WITH THE STATE AND IS REMANDED TO FEDERAL CUSTODY.

BOOKED IN ENGLISH:     YES __X__     NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.