IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Max Raymond Jewett

CASE NO: 3:04-CR-00037-02-RRB

---

Defendant Max Raymond Jewett,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s).

____Paid cash bail in the amount of _____ to the Clerk of Court.

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____Surrendered passport to the Clerk of Court.

____Other:_____

Dated at Anchorage, Alaska this 31st day of January, 2007

SIGNATURE REDACTED
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal