Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:04-cr-0037-02-RRB |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| MAX RAYMOND JEWETT, | |
| Defendant. | |

Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant MAX RAYMOND JEWETT in the above-captioned action.

DATED at Anchorage, Alaska this 1st day of February 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:          907-646-3480
E-Mail:      kevin_mccoy@fd.org

<u>Certification:</u>
I certify that on February 1, 2007,
a copy of the **Entry of Appearance**
was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


/s/Kevin F. McCoy