MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs  MAX RAYMOND JEWETT   CASE NO. 3:04-CR-00037-02-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       CRANDON RANDELL

DEFENDANT'S ATTORNEY:         KEVIN MCCOY, APPOINTED

U.S.P.O.:                     TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON VIOLATION OF SUPERVISED
             RELEASE (DKT 92) Held 01/31/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:06 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:    Same as above.

 X Financial Affidavit **FILED.**  Federal Public Defender accepted appointment.  FPD notified.

 X Defendant DENIED Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release and ADMITTED Allegations 4 & 5 of the Petition to Revoke Supervised Release.

 X Case shall be transferred to U.S. District Judge for Final Disposition Hearing.

 X Order Setting Conditions of Release **FILED.**

 X Release Order **FILED.**

 X OTHER: Court and counsel heard re parties stipulation that the defendant shall receive credit for any time served since he was arrested.

At 3:31 p.m. court adjourned.

**NOTE:** Original and one copy of the Release Order hand delivered to the U.S. Marshal's Service; one copy forwarded to docketing.

DATE:   February 1, 2007      DEPUTY CLERK'S INITIALS:    Ce