**ORIGINAL**

# United States District Court
### for the
# DISTRICT OF ALASKA

**RECEIVED**
FEB 0 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA )
)
) Case Number: A04-037-02 CR (RRB)
vs. )
) **WARRANT FOR ARREST**
)
Max Jewett )

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Max Jewett and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with three violations of his term of supervised release.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

August 2, 2006
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

Anchorage, AK

| Date Received: | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 01/30/07 | Randy Johnson | by: Rochelle Liedike |