UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> MAX RAYMOND JEWETT </u>

DATE:    <u>February 6, 2007</u>    CASE NO.   <u> 3:04-CR-0037-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**

---

A disposition hearing on the Petition to Revoke Supervised Release will be held on **Friday, February 23, 2007,** at **9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING