MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. MAX RAYMOND JEWETT          CASE NO. 3:04-cr-00037-02-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       CRANDON RANDELL

DEFENDANT'S ATTORNEY:          SUE ELLEN TATTER

U.S.P.O.:                      ERIC ODEGARD

PROCEEDINGS: FINAL HEARING ON PETITION RE VIOLATION OF SUPERVISED
             RELEASE (DKT 92) HELD FEBRUARY 23, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

 X FINAL DISPOSITION HEARING:

   X Supervised Release revoked.

   X Defendant imprisoned for a period of 170 days with credit for time served.

   X Defendant to serve term of supervised release for a period of  2 years  under the usual terms and conditions and the following special conditions: Special conditions as stated in the courts original judgment.

 X OTHER: Court and counsel heard re the stipulated agreement on disposition; court accepted the agreement. Court and counsel heard re plaintiff's oral motion to dismiss allegations 1, 2, and 3 of the Petition to Revoke Supervised Release; **GRANTED.**

At 9:14 a.m. court adjourned.


DATE:      February 23, 2007      DEPUTY CLERK'S INITIALS:   amk