## UNITED STATES DISTRICT COURT
### District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| MAX RAYMOND JEWETT. | (Original Judgment filed 2/22/2005) |
| | Case Number: 3:04-cr-00037-02-RRB |
| | Sue Ellen Tatter |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on  08/07/2006  accusing defendant of  5  violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 4 and 5 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 4 | Special | Failure to submit UA | 07/28/06 | C |
| 5 | Special | Failure to show for UA | 08/01/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  3  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 23, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

3/3/07
Date

AO245.REV

Defendant: MAX RAYMOND JEWETT                     Amended Judgment--Page 2 of 3
Case No.:   3:04-cr-00037-02-RRB

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>170 days with credit for time served</u>.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[_]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
            a.m.
      [_] at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_] before 2 p.m. on _____.
      [_] as notified by the United States Marshal.
      [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                      _____
                                               United States Marshal

                                      By _____
                                                 Deputy Marshal

AO245.REV

Defendant: MAX RAYMOND JEWETT              Amended Judgment--Page 3 of 3
Case No.:   3:04-cr-00037-02-RRB

**PROBATION/SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release [_] probation[_] is modified as follows:

The term of supervision is not [_] is [X] extended as follows:

2 years of supervised release re-imposed.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV